**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**MAHINDRA USA INC**                         **CASE NO.  1:25-CV-01375**

**VERSUS**                                   **JUDGE TERRY A. DOUGHTY**

**RED DIRT ATV & TRACTOR L L C**             **MAGISTRATE JUDGE PEREZ-MONTES**

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 27], after an independent review of the record, no objections thereto have been filed, and after determining that the findings of the Magistrate Judge are correct under the applicable law,

**IT IS ORDERED** that the Motion to Dismiss Counterclaim or, Alternatively, Motion for More Definite Statement [Doc. No. 16] filed by Plaintiff, Mahindra USA, Inc., is **DENIED**.

MONROE, LOUISIANA, this 29th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE